UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Lorez Henley<br><br>            Debtor(s) | Case No. 13 B 33592 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/22/2013.

2) The plan was confirmed on 11/04/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 11/09/2015.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $18,603.68 |
| Less amount refunded to debtor | $1,292.29 |

**NET RECEIPTS:** $17,311.39

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $669.42 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,669.42

Attorney fees paid and disclosed by debtor:  $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC Consumer Finance | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| Audit Systems | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| Calulfield Realty | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Cardiovascular Consult | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Cash Jar | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 5,000.00 | 5,394.00 | 5,394.00 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 114.00 | 114.44 | 114.44 | 0.00 | 0.00 |
| Consultants in Clinical Pathology | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Services | Unsecured | 5,004.00 | 6,933.54 | 6,933.54 | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 1,007.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 1,279.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Services | Unsecured | 400.00 | 754.14 | 754.14 | 0.00 | 0.00 |
| Greater Suburban Acceptance Co | Secured | 9,817.00 | 7,853.62 | 7,853.62 | 4,676.30 | 526.04 |
| H&f Law | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris, Ltd | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 334.00 | 295.57 | 295.57 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 1,176.00 | 1,176.74 | 1,176.74 | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 1,543.00 | 776.00 | 776.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 5,000.00 | 1,542.81 | 1,542.81 | 954.19 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 18,091.19 | 18,091.19 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 12,000.00 | 9,744.04 | 9,744.04 | 6,485.44 | 0.00 |
| Internal Revenue Service | Unsecured | 55,000.00 | 70,739.33 | 70,739.33 | 0.00 | 0.00 |
| Joan Stepka | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Lou Harris Company | Unsecured | 973.00 | NA | NA | 0.00 | 0.00 |
| Metro South Home Care | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| Metro South Medical Center | Unsecured | 125.00 | 1,102.34 | 1,102.34 | 0.00 | 0.00 |
| Nephrology Associates of N Illinois | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwestern Medical Faculty Found. | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 500.00 | 1,752.88 | 1,752.88 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,711.00 | 1,711.48 | 1,711.48 | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 56.00 | 458.60 | 458.60 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Region Recov | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 1,896.00 | 1,897.17 | 1,897.17 | 0.00 | 0.00 |
| Sentry Credt | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| Southwest Medical Consult | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 0.00 | 86.67 | 86.67 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| UIC Physicians Group | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| Unimed LTD | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| World Credit Recovery LLC | Unsecured | 228.00 | 228.91 | 228.91 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,853.62 | $4,676.30 | $526.04 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,853.62** | **$4,676.30** | **$526.04** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,286.85 | $7,439.63 | $0.00 |
| **TOTAL PRIORITY:** | **$11,286.85** | **$7,439.63** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,513.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,669.42 |
| Disbursements to Creditors | $12,641.97 |
| **TOTAL DISBURSEMENTS**: | **$17,311.39** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/29/2016 By: /s/ Marilyn O. Marshall
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**